## TASKS PERFORMED BY TRUSTEE

**ASSET ANALYSIS AND RECOVERY:** Identification and review of potential assets, including causes of action and non-litigation recoveries. (3 Hours)

Upon examination of the Debtor and review of the Debtor's Schedules, Trustee determined that there was an insurance premium refund due. Trustee ultimately recovered that premium of nearly $5,000.

**CASE ADMINISTRATION:** Coordination and compliance activities, including preparation of statement of financial affairs; schedules; list of contracts; US Trustee interim statements and operating reports; contacts with the US Trustee; general creditor inquiries. (8 Hours)

Trustee kept proper books and records, invested estate funds, filed all required reports with the United States Trustee, and otherwise performed all duties of a trustee. Trustee further prepared this Final Report, Distribution Report and Notice To Creditors of Final Hearing. Trustee will attend the final hearing, file a Final Distribution Report, distribute estate funds, and file a Final Account and Form 4 Report.

**CLAIMS ADMINISTRATION AND OBJECTIONS:** Specific claim inquiries, bar date motions, analyses, objections and allowances of claims. (2 Hours)

Trustee reviewed the claims register and the claims file maintained at the Courthouse to ensure proper distribution of estate funds.

**EXHIBIT A**