**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTHERN ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CHAPTER 7 CASE |
| | ) | |
| TEAMWORKS MANAGEMENT INC | ) | CASE NO. 05-08006-SQU |
| | ) | |
| Debtor(s) | ) | Hon. JOHN SQUIRES |
| | ) | BANKRUPTCY JUDGE |
| | ) | |

**NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE**

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At:   COURTROOM 2000
    DUPAGE COUNTY COURTHOUSE
    505 NORTH COUNTY FARM ROAD
    WHEATON, IL.  60187

    On: **June 8, 2007**            Time: **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

    | | |
    |---|---:|
    | Receipts | $5,048.27 |
    | Disbursements | $0.00 |
    | Net Cash Available for Distribution | $5,048.27 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

    | Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
    |---|---:|---:|---:|
    | DAVID R. BROWN<br>TRUSTEE COMPENSATION | $0.00 | $1,254.83 | $0.00 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows: none

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $6,576.76 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 57.6795%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 00006A | INTERNAL REVENUE SERVICE | $3,083.76 | $1,778.70 |
| 00007A | IL DEPARTMENT OF REVENUE | $3,493.00 | $2,014.74 |

7. Claims of general unsecured creditors totaling $114,036.99 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 0.0000%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 00001 | FINANCE, NETBANK BUSINESS | $47,245.00 | $0.00 |
| 00002 | SCHWEPPE & SONS | $42,700.00 | $0.00 |
| 00003 | AUGUSTINE, R.J. | $4,645.26 | $0.00 |
| 00005 | ADVANTA BANK CORP | $15,974.04 | $0.00 |
| 00006B | INTERNAL REVENUE SERVICE | $2,903.69 | $0.00 |
| 00007B | IL DEPARTMENT OF REVENUE | $569.00 | $0.00 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has not been discharged.

11. The Trustee proposes to abandon the following property at the hearing: none

Dated: **May 10, 2007**    For the Court,

By:    **KENNETH S GARDNER**
Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 S. Dearborn Street; 7th Floor
Chicago, IL 60604

Trustee:    David R. Brown
Address:    400 South County Farm
Suite 330
Wheaton, IL 60187
Phone No.:    (630) 510-0000

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0752-1           User: amcc7              Page 1 of 2              Date Rcvd: May 10, 2007
Case: 05-08006                 Form ID: pdf002          Total Served: 48


The following entities were served by first class mail on May 12, 2007.
db         +Teamworks Management Inc,   33 Camberley Court,   Hinsdale, IL 60521-4564
aty         David K Welch,   Crane Heyman Simon Welch & Clar,   135 S Lasalle St,   Suite 3705,
             Chicago, IL  60603
tr         +David R Brown, ESQ,   Springer Brown Covey Gaertner & Davis,   400 South County Farm Road,
             Suite 330,   Wheaton, IL 60187-4547
10565625   +Advanta Bank Corp,   Bankruptcy,   Welsh & McKean Roads P O Box 844,   Spring House PA 19477-0844
9014410     Advanta Bank Corp.,   PO Box 30715,   Salt Lake City, UT 84130-0715
9014411    +Assurance Agency,   Dept. 77-2801,   Chicago, IL 60678-0001
9014413    +Barney Brannigan, Jr.,   30 Pin Oak Court,   Willowbrook, IL 60527-8386
9014415    +Charles K. Papp,   120 N. LaSalle St., #900,   Chicago, IL 60602-5007
9014436    +Charles K. Papp,   Darien Springs Partners, LLC,   300 E. Roosevelt Rd.,   Wheaton, IL 60187-1908
9014416    +Dennis Glenn Snyder Trust,   d/o Dennis Snyder,   791 S. Buffalo Grove Rd.,
             Buffalo Grove, IL 60089-3705
9014444    +Dennis Snyder,   791 S. Buffalo Grove Rd.,   Buffalo Grove, IL 60089-3705
9014417    +Digiovanni McLaren & Assoc,   11220 S. Harlem Ave.,   Worth, IL 60482-1804
9014435     Dolores Ochat,   476 Albs, #407,   Des Plaines, IL 60016
9014418    +Ed and Joan Carlson,   3503 Royal Fox Drive,   Saint Charles, IL 60174-8748
9014414    +Ed and Joan Carlson,   1996 S. Kirk Rd., #320,   Geneva, IL 60134-4118
9014419    +Fifth Third Bank,   1776 S. Randall Rd.,   MD G24601,   Geneva, IL 60134-4602
9014420     First Bank Richmond d/b/a First,   Federal Leasing,   31 N. 9th St., PO Box 1145,
             Richmond, IN 47375-1145
9014421    +Fox Valley Ice Arena and Fitness,   Center,   1996 S. Kirk Rd., #320,   Geneva, IL 60134-4118
9014422    +Front of the House Partners, LLC,   1996 S. Kirk Rd., #320,   Geneva, IL 60134-4118
10590896   +IRS,   DEPT. OF TREASURY,   P.O. BOX 21125,   PHILADELPHIA,   PA 19114-0325
10832640   +Illinois Department of Revenue,   Bankruptcy Section,   100 West Randolph Street  Level 7-410,
             Chicago, Illinois 60601-3218
9014424    +Indiana Insurance,   6281 Tri-Ridge Blvd.,   Loveland, OH 45140-8345
9014412    +Jeff Blackburn,   2280 Hicks Rd., #500,   Rolling Meadows, IL 60008-1220
9014423    +Jeff Goldstein,   475 Thorndale Drive,   Buffalo Grove, IL 60089-6707
9014450    +John Yedinak,   804 Kenmare Dr.,   Hinsdale, IL 60527-7053
9014425    +Johnson Diversey,   c/o Guye & Enichen,   2601 Reid Farm Road,   Rockford, IL 61114-6698
9014426    +Johnson Diversey,   c/o Michael Davis Weis,   PO Box 1166,   Northbrook, IL 60065-1166
9014428     Kev Head LLC,   Louis Baldo/Mike Mulryan,   1835 W. Butterfield Rd.,   Hillside, IL 60162
9014429     Meltzer, Purtill & Stelle LLC,   Schaumburg Corporate Center,   1515 East Woodfield Rd., 2nd Floor,
             Schaumburg, IL 60173-5431
9014430    +Met-Life,   PO Box 804466,   Kansas City, MO 64180-0001
9014431    +Metropolitan Fire Protection, Inc.,   175 Gordon St.,   Elk Grove Village, IL 60007-1118
9014438    +Michael Portillo,   33 Camberley Court,   Hinsdale, IL 60521-4564
9014433    +National Credit Systems, Inc.,   PO Box 312125,   Atlanta, GA 31131-2125
9074270    +NetBank Business Finance,   P O Box 527,   Columbia, SC 29202-0527
9014434    +NetBank Business Finance,   PO Box 2597,   Columbia, SC 29202-2597
9014437    +Pollitz & Company, CPA,   1751 S. Naperville Rd., #200,   Wheaton, IL 60187-8196
9014439     R J Augustine,   c/o Kevin J Joyce,   Meltzer Purtill & Stelle LLC,   1500 E Woodfield Road 2nd FL,
             Schaumburg, IL 60173
9014440    +Republic Leasing Company,   100 Executive Cener Dr., #101,   Columbia, SC 29210-8410
9014441    +Ronald P. Sorce - A.I.A.,   Architects, P.C.,   121 S. Wilke Rd., #400,
             Arlington Heights, IL 60005-1527
9014442     SBC,   Bill Payment Center,   Chicago, IL 60663-0001
9014427     Sandy Keafer/Jeff Goldstein,   475 Thorndale,   Buffalo Grove, IL 60089
9014443    +Schweppe & Sons,   376 W. North Avenue,   Lombard, IL 60148-1268
9014445    +Special-T,   4835 W. Butterfield Rd.,   Hillside, IL 60162-1439
9014432    +Sven Mollberg,   5333 Park Avenue,   Downers Grove, IL 60515-4962
9014446    +Toussaint & Carlson, Ltd.,   2805 Butterfield Rd., #150,   Oak Brook, IL 60523-1187
9014447     Ungaretti & Harris,   3500 Three First National Plaza,   Chicago, IL 60602
9014448    +United Healthcare,   Dept. CH 10151,   Palatine, IL 60055-0001
9014449    +Williamsburg of Cincinari,   Apartments 2,   200 W. Galbraith Rd.,   Cincinnati, OH 45215-5200

The following entities were served by electronic transmission.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0752-1           User: amcc7              Page 2 of 2              Date Rcvd: May 10, 2007
Case: 05-08006                 Form ID: pdf002          Total Served: 48
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 12, 2007**                           **Signature:**    *Joseph Speetjens*