FORM 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No:  05-08006
Case Name:  TEAMWORKS MANAGEMENT INC

Taxpayer ID No:  XX-XXX2978
For Period Ending:  11/27/2007

Trustee Name:  DAVID R. BROWN
Bank Name:  BANK OF AMERICA
Account Number/CD#:  XXXXXX2862 - Money Market
Blanket Bond (per case limit):  $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 5/23/2005 | 6 | UNITEDHEALTH GROUP<br>Oldsmar Billing - CCU<br>601 Brooker Creek Blvd.<br>Oldsmar, FL 34677 | premium refund | 1180-000 | 4,977.12 | | 4,977.12 |
| 5/31/2005 | INT | BANK OF AMERICA | Interest Rate 0.250 | 1270-000 | 0.20 | | 4,977.32 |
| 6/30/2005 | INT | BANK OF AMERICA | Interest Rate 0.250 | 1270-000 | 1.02 | | 4,978.34 |
| 7/29/2005 | INT | BANK OF AMERICA | Interest Rate 0.250 | 1270-000 | 1.05 | | 4,979.39 |
| 8/31/2005 | INT | BANK OF AMERICA | Interest Rate 0.600 | 1270-000 | 2.55 | | 4,981.94 |
| 9/30/2005 | INT | BANK OF AMERICA | Interest Rate 0.600 | 1270-000 | 2.46 | | 4,984.40 |
| 10/31/2005 | INT | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 2.54 | | 4,986.94 |
| 11/30/2005 | INT | BANK OF AMERICA | Interest Rate 0.600 | 1270-000 | 2.46 | | 4,989.40 |
| 12/30/2005 | INT | BANK OF AMERICA | Interest Rate 0.600 | 1270-000 | 2.54 | | 4,991.94 |
| 1/31/2006 | INT | BANK OF AMERICA | Interest Rate 0.600 | 1270-000 | 2.55 | | 4,994.49 |
| 2/28/2006 | INT | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 3.56 | | 4,998.05 |
| 3/31/2006 | INT | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 4.24 | | 5,002.29 |
| 4/28/2006 | INT | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 4.11 | | 5,006.40 |
| 5/31/2006 | INT | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 4.26 | | 5,010.66 |
| 6/30/2006 | INT | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 4.12 | | 5,014.78 |
| 7/31/2006 | INT | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 4.26 | | 5,019.04 |
| 8/31/2006 | INT | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 4.26 | | 5,023.30 |
| 9/29/2006 | INT | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 4.12 | | 5,027.42 |

| | | | Page Subtotals | | 5,027.42 | 0.00 | |

**FORM 2**

Page: 2

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No:  05-08006
Case Name:  TEAMWORKS MANAGEMENT INC

Taxpayer ID No:  XX-XXX2978
For Period Ending:  11/27/2007

Trustee Name:  DAVID R. BROWN
Bank Name:  BANK OF AMERICA
Account Number/CD#:  XXXXXX2862 - Money Market
Blanket Bond (per case limit):  $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/31/2006 | INT | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 4.28 | | 5,031.70 |
| 11/30/2006 | INT | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 4.14 | | 5,035.84 |
| 12/29/2006 | INT | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 4.27 | | 5,040.11 |
| 1/31/2007 | INT | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 4.29 | | 5,044.40 |
| 2/28/2007 | INT | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 3.87 | | 5,048.27 |
| 3/30/2007 | INT | Bank of America | Interest Rate 1.000 | 1270-000 | 4.28 | | 5,052.55 |
| 4/30/2007 | INT | Bank of America | Interest Rate 1.000 | 1270-000 | 4.16 | | 5,056.71 |
| 5/31/2007 | INT | Bank of America | Interest Rate 1.000 | 1270-000 | 4.29 | | 5,061.00 |
| 6/8/2007 | INT | BANK OF AMERICA | Interest | 1270-000 | 0.97 | | 5,061.97 |
| 6/8/2007 | | Transfer to Acct#XXXXXX0976 | Transfer of Funds | 9999-000 | | 5,061.97 | 0.00 |

| | | Deposits | Disbursements | Balance |
|---|---|---|---|---|
| COLUMN TOTALS | | 5,061.97 | 5,061.97 | 0.00 |
| Less: Bank Transfers/CD's | | 0.00 | 5,061.97 | |
| Subtotal | | 5,061.97 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | 0.00 | |
| Net | | 5,061.97 | 0.00 | |

Page Subtotals                    34.55              5,061.97

**FORM 2**

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No:  05-08006
Case Name:  TEAMWORKS MANAGEMENT INC

Taxpayer ID No:  XX-XXX2978
For Period Ending:  11/27/2007

Trustee Name:  DAVID R. BROWN
Bank Name:  BANK OF AMERICA
Account Number/CD#:  XXXXXX0976 - Checking Account
Blanket Bond (per case limit):  $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 6/8/2007 | | Transfer from Acct#XXXXXX2862 | Transfer of Funds | 9999-000 | 5,061.97 | | 5,061.97 |
| 6/22/2007 | 002001 | BROWN, DAVID R. 400 SOUTH COUNTY FARM ROAD SUITE 330 WHEATON IL 60187 | (Final distribution to Claim (no claim number), representing a Payment of 100.00% per court order.) | 2100-000 | | 1,254.83 | 3,807.14 |
| 6/22/2007 | 002002 | IL DEPARTMENT OF REVENUE Bankruptcy Section 100 West Randloph Street Level 7-410 Chicago, IL 60610 | (Final distribution to Claim 00007A, representing a Payment of 57.89% per court order.) FINAL DISTRIBUTION | 5800-000 | | 2,022.02 | 1,785.12 |
| 6/22/2007 | 002003 | INTERNAL REVENUE SERVICE CENTRALIZED INSOLVENCY OPERATIONS PO BOX 21125 PHILADELPHIA, PA 19114 | (Final distribution to Claim 00006A, representing a Payment of 57.89% per court order.) FINAL DISTRIBUTION | 5800-000 | | 1,785.12 | 0.00 |

|  | Deposits | Disbursements | Balance |
|---|---|---|---|
| COLUMN TOTALS | 5,061.97 | 5,061.97 | 0.00 |
| Less: Bank Transfers/CD's | 5,061.97 | 0.00 | |
| Subtotal | 0.00 | 5,061.97 | |
| Less: Payments to Debtors | 0.00 | 0.00 | |
| Net | 0.00 | 5,061.97 | |

| TOTAL OF ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market - XXXXXX2862 | 5,061.97 | 0.00 | 0.00 |
| Checking Account - XXXXXX0976 | 0.00 | 5,061.97 | 0.00 |
| | ------------------------- | ------------------------- | ------------------- |
| | 5,061.97 | 5,061.97 | 0.00 |
| | =============== | =============== | ========== |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

Page Subtotals   5,061.97   5,061.97