UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| **TEAMWORKS MANAGEMENT,** | ) | **CASE NUMBER 05 B 8006** |
| | ) | |
| Debtor. | ) | Honorable John Squires |

**NOTICE OF FILING OF U.S. TRUSTEE'S
MEMORANDUM OF REVIEW OF TRUSTEE'S FINAL ACCOUNT**

**To:**   **David R. Brown, Esq.
Springer, Brown, Covey & Davis
400 South County Farm Road
Suite 300
Wheaton, IL   60187**

**Please Take Notice** that on **Friday, November 30, 2007**, the United States Trustee for the Northern District of  Illinois  filed with the Clerk of the United States Bankruptcy Court  for the Northern District of Illinois the U.S. Trustee's Memorandum of Review of the Trustee's Final Account, a copy of which is herewith served upon you.

The United States Trustee has reviewed the Trustee's Final Account and Application to Close Case and Discharge the Trustee in accordance with the standards set forth in the Memorandum of Understanding dated April 1, 1999, and has no objection to the Trustee's certification that the estate has been fully administered and is ready to close.

WILLIAM T. NEARY
UNITED STATES TRUSTEE

DATED: November 30, 2007           BY: /s/Stephen Wolfe
                                       Stephen Wolfe
                                       OFFICE OF THE U.S. TRUSTEE
                                       227 WEST MONROE, SUITE 3350
                                       CHICAGO, ILLINOIS  60606
                                       (312) 886-7480

**CERTIFICATE OF SERVICE**

I, Stephen Wolfe, Trial Attorney, state that pursuant to Section II, B, 4 of the Administrative Procedures for the Case Management/Electronic Case Filing System, service on the Trustee of the above Notice of Filing of U.S. Trustee's Memorandum of Review of Trustee's Final Account was accomplished through the Court's Electronic Notice for Registrants on November 30, 2007.

/s/Stephen Wolfe